■ In the Matter of BRODIE J. and Another. MONROE COUNTY DEPARTMENT OF HUMAN SERVICES, Appellant; SIOBHAN S. et al., Respondents. [910 NYS2d 756]—Appeal from an order of the Family Court, Monroe County (Joan S. Kohout, J.), entered December 9, 2009 in a proceeding pursuant to Family Court Act article 10. The order dismissed the petition.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs for reasons stated in the decision at Family Court. Present—Scudder, P.J., Martoche, Centra, Fahey and Green, JJ.